STATE of Rhode Island

v.

Albin W. BOBINSKI.

No. 82–58–M.P.

Supreme Court of Rhode Island.

Aug. 27, 1982.

Hall, D'Addario & Machtley, Richard P. D'Addario, Newport, for defendant-petitioner.

## ORDER

Petition for Writ of Habeas Corpus denied without prejudice.